IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cr-00315-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    STEPHEN ST. JAMES,

    Defendant.
_____

# AMENDED[1] MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant St. James' **Motion for Bond** [Docket No. 7; Filed September 8, 2011] (the "Motion"). The Motion is referred to this Court for disposition [Docket No. 8]. For substantially the same reasons stated in the government's response [Docket No. 15],

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Defendant St. James does not establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community if released on bond, in light of Defendant St. James' previous conduct while residing with his mother. Accordingly, Defendant St. James shall remain detained.

    Dated: September 19, 2011

---

[1] The Minute Order entered September 19, 2011 [Docket No. 16] is amended to reflect that the Minute Order was entered by United States Magistrate Judge Kristen L. Mix.